2:23-cv-00056-BSM-JTR

This case assigned to District Judge **Miller**
and to Magistrate Judge **Ray**

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 13 2023

TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

UNITED STATES DISTRICT COURT

MICHAEL JUSTIN PARKINS
#168018
V.

GOVONOR OF ARKANSAS
ASA HUTCHISON   DIRECTOR DEXTER PAINE
WARDEN K. LAY, WARDEN JACKSON GRIEVANCE OFFICER MS. MILLS
ROOSEVELT G. BARDEN, M. KELLY, SGT J.J SYKES LT. GOLATT
C. HAYWOOD, SGT SMITH, SGT T. SMITH, SGT WOODS
SGT BEAL   L. WATSON   CPT. ETHERLY   SGT. WILL BURN
"JIMMY"   GINA RIVERA

## I. JURISDICTION & VENUE

1. THIS ACTION IS A CIVIL ACTION AUTHORIZED BY 42 U.S.C. SECTION 1983 TO REDRESS THE DEPRAVATION, UNDER COLOR OF STATE LAW, OF RIGHTS SECURED BY THE CONSTITUTION OF THE UNITED STATES. THE COURT HAS JURISDICTION UNDER 28 U.S.C. SECTION 1331 AND 1343(a)(3). PLAINTIFF SEEKS DECLARATORY RELIEF PURSUANT TO 28 U.S.C. SECTION 2201 AND 2202. PLAINTIFFS CLAIMS FOR INJUCTIVE RELIEF ARE AUTHORIZED BY 28 U.S.C. SECTION 2283 & 2284 AND RULE 65 OF THE FEDERAL RULES OF CIVIL PROCEDURE

2. THE EASTERN DIVISION 2:13 AN APPROPRIATE VENUE UNDER 28 U.S.C. SECTION 1391(b)(2) BECAUSE IT IS WHERE THE EVENTS GIVING RISE TO THIS CLAIM OCCURED

## II PLAINTIFFS (C)

3. PLAINTIFF, MICHAEL JUSTIN PARKINS ADC #168018, IS AND WAS AT ALL TIMES MENTIONED HEREIN A PRISONER OF THE STATE OF ARKANSAS IN CUSTODY OF THE ARKANSAS DEPARTMENT OF CORRECTIONS I AM CURRENTLY CONFINED IN EAST ARKANSAS REGIONAL UNIT IN MARIANNA ARKANSAS.

### III. DEFENDANTS

4. DEFENDANT, DEXTER PAINE IS THE DIRECTOR OF STATE OF ARKANSAS DEPARTMENT OF CORRECTIONS. HE IS LEGALLY RESPONSIBLE FOR THE OVERALL OPERATION OF DEPARTMENT AND EACH INSTITUTION UNDER ITS JURISDICTION, INCLUDING EAST ARKANSAS REGIONAL UNIT.

5. DEFENDANT K. LAY IS THE WARDEN OF EAST ARKANSAS REGIONAL UNIT HE IS LEGALLY RESPONSIBLE FOR OPERATION OF EAST ARKANSAS REGIONAL UNIT AND FOR THE WELFARE OF ALL INMATES IN THAT PRISON.

6. DEFENDANTS CPT. ROOSEVELT G. BARDEN, M. KELLY, SGT J.J. SYKES, LT. GOLATT, C. HAYWOOD, SGT. SMITH, SGT T. SMITH, SGT. WOODS, SGT. BEAL, L. WATSON, CPT. ETHERLY SGT. WILLBURN "JIMMY" GOVONOR ASA HUTCHISON WARDEN JACKSON MS. MILLS

7. EACH DEFENDANT IS SUED INDIVIDUALLY AND IN HIS (OR HER) OFFICIAL CAPACITY. AT ALL TIMES MENTIONED IN THIS COMPLAINT EACH DEFENDANT ACTED UNDER COLOR OF STATE LAW.

### IV. FACTS

8. I WAS HELD IN CAGES (NO LARGER THAN PHONE BOOTH) FROM JUNE 27TH - JUNE 29TH 2020 THIS WAS A DIRECT RESULT FROM CPT. BARDEN AND SGT. SYKES WHO AFTER QUESTIONING ME ABOUT A CELL PHONE THEY WERE SEARCHING FOR IN A CLASSROOM ME AND (10) OTHER INMATES WERE SLEEPING ON FLOOR WITH NO RACKS, SINKS OR TOILETS. I WAS PLACED AND HELD IN THESE HOLDING CAGES AND IGNORED FROM THAT SATURDAY MORNING TO MONDAY MORNING ALLOWED TO URINATE ONCE A DAY AND NOT PROVIDED ANY PROPERTY. I WAS

ALSO STRIPPED TO BOXERS ONLY EVEN AFTER BEING FOUND WITH OUT CONTRABAND WHEN I WAS ALREADY STRIPSEARCHED IN CLASS ROOM. THIS WAS DONE FOR HUMILIATION BY CPL BARDEN WHO SPRAYED MACE ON ANOTHER PERSON FOR BEING UNCOMPLIANT WITH THIS SAME POINTLESS SEARCH.

I HAD TO CURL UP ON THE FLOOR LIKE A DOG TO GET ANY SLEEP. I PLEADED WITH OFFICERS PASSING BY TO "PLEASE HOUSE ME IN A CELL" REPEATEDLY ASKING TO USE THE BATHROOM. MOST TIMES I WAS IGNORED. AT ONE POINT SGT. SYKES CUSSED ME OUT FOR ASKING FOR A GRIEVANCE. THIS HOSTILE RESPONSE COUPLED WITH DELIBERATE INDIFFERENCE WORE ME DOWN BY THE SECOND DAY. I REMAINED IN PRAYER ASKING MYSELF HOW THIS IS ALLOWED OR WHY THIS WAS HAPPENING TO ME. I CURLED UP ON THE FLOOR AGAIN TO SLEEP AGAIN NO BLANKETS, NO MATTRESS NO PENS GRIEVANCES SHOWERS HYGIENE BEING IN THIS CAGE 3.5 FT BY 3.5 FT ABOUT 7FT TALL ALL WIRE MESH SECURED TO THE WALL

I WILL SAY THIS WAS THE WORST BY FAR I'VE EVER EXPERIENCED GREASY, FILTHY, IN UTTER DESPAIR. I FINALLY GET A GRIEVANCE BUT NO PEN. I BORROWED A PEN FROM THE TRUSTEE WHO PASSED OUT BREAKFAST MONDAY MORNING JUNE 29, 2020. NO ONE WOULD ACKNOWLEDGE ME OR SIGN MY GRIEVANCE UNTIL I SAW THE DEPUTY WARDEN JACKSON WHO GOT ME OUT AND INTO A CELL. THE GRIEVANCE I GAVE HIM APPEARED ON MY FLOOR UNANSWERED BY GRIEVANCE OFFICER THIS MADE IT CLEAR THAT IT WAS PREVENTED FROM PROCESS (SEE EXHIBITS #8)

9. MY NEXT CLAIM WOULD BE THE FACT THAT I ONLY RECIEVED 3 OR 4 RECREATIONS IN THE LAST (16) MONTHS AND NO RELIGIOUS SERVICES. I AM A CHRISTIAN AND BELIEVE FELLOWSHIP, COMMUNION

and singing praises to God are important to the body of Christ or his church. I am active with Crossroads Bible Studys and a New Life Bible study and read Daily Bread devotionals and read the Bible and pray daily I would make reference to U.S.C. § 2000 CC - 1(C) R.L.U.I.P.A. and argue that this lack of religious expression is a constitutional violation in combination with 24 hr a day locked in our cells. Creates a severe and damaging condition to the psyche and is inhumane I am unsure who is responsible for coordination of these services or programs I suffered these depravations from June 29th 2020 - Oct. 13, 2021 in Max 8 cell # 46

10. On 1-14-2021 I mailed a belated appeal to Arkansas Supreme Court. It was returned with a letter from the criminal justice coordinator (see exhibits 10;1) on 1-26-21 with further instructions while I personally witnessed (the manila envelope) containing my belated appeal cradeled in the arms of Lt. Golatt as he walked away. And I still have not recieved my petition This also effected my § 2254 Federal habeas corpus and the exhaustion requirement on 2/12/21, 2/19/21, 3/25/21 I sent (IRF's) inmate request forms to mailroom, warden and deputy warden. This is also a violation of 1st ammendment access to the courts and violates due process. At this point I submitted grievances with no response contents of envelope were as follows: 1.) My state habeas corpus 2.) Its response from Jefferson County 3.) my motion for belated appeal 4.) my argument(s) 5.) sentencing order and my petition to proceed informa pauperis as well as exhibits relating to my new argument. This is a clear violation of my

RIGHT TO ACCESS THE COURTS FOLLOWED BY DIRECT DISREGAURD FOR INMATE REQUEST FORM AND GRIEVANCE POLICY AND PROCEDURE

11. SOMEONE HAS FALSIFIED AND FORGED AN "INMATE TRUST FUND ACCOUNT WITHDRAWL FORM" FORGED MY NAME AND SIGNATURE AND OFFICERS SIGNED AND AUTHORIZED THIS FORGED DOCUMENT IN THE ACT OF FORGERY, CONSPIRACY, AND THEFT. I RECIEVED A RECIEPT THROUGH THE MAIL ON 3/29/21 THAT ON 3/26/21 AT 2:31:39 INDIVIDUAL CHECK BOOKS N THINGS WAREHOUSE, INC 182.85 TASK # 18475569 NOTIFYING ME OF THIS THIEFT. I RECIEVED ANOTHER ATTEMPT TO STEAL MONEY FROM MY ACCOUNT WHICH WAS DENIED (SEE EXHIBITS)

11.1 I CONSIDER THIS CRITICAL EVIDENCE LINKING THE PREVIOUS THEFT TO THIS FAILED ATTEMPT AS THE SAME BENIFICIARY IS NAMED "GINA RIVERA". I'VE ONLY TOUCHED THE EDGES OF THIS FORGED CHECK AND AM UNABLE TO IDENTIFY OFFICERS SIGNATURE. WHEN I RECIEVED THIS DENIED INMATE CHECK ON 3/31/21 DURING MAIL PASS OUT I IMMEDIATELY ALERTED THE OFFICER CORP. HAYWOOD THAT "I DID NOT FILL THIS OUT" HE JUST SHRUGGED AND WALKED OFF. WHEN I RECIEVED THE FIRST RECIEPT ON 3/29/21 I KICKED THE DOOR UNTIL SGT BEAL RETURNED TO MY DOOR IT WAS ABOUT 10:30 PM I TOLD HIM TO ALERT ACCOUNTING IMMEDIATELY TO CANCEL THIS FORGED CHECK. HE SAID "YEAH, ITS HAPPEN TO LIKE 30 PEOPLE, PUT IN A GRIEVANCE" I IMMEDIATELY GRIEVE THIS AND NO ONE WILL SIGN OR ACKNOWLEDGE MY GRIEVANCE I SEND INMATE REQUEST FORMS TO BUSINESS OFFICE ON MAR, 29 2021, 4/7/21, 4/13/21 ALL WITH NO RESPONSE I WAS THE VERY NEXT DAY 3/30/21 RETALIATED AGAINST WITH STRIP SEARCH AND MY PROPERTY STREWN EVERYWHERE WHEN NOT IN POSSESION OF CONTRABAND SGT CARLILE REFUSE TO SIGN ALREADY FILLED OUT GRIEVANCE

I ALERTED SEVERAL STAFF AFTER THIS ON 3/30/21 AT 1:45 PM I ASKED SGT. KELLY TO SIGN MY EMERGENCY GRIEVANCE HE REFUSED STAFF CONTINUE TO IGNORE ME ON 4/1/21 AT DINNER CHOW 3:25 PM I ASK MS JOHNSON IF SHE COULD GET A SGT. TO SIGN MY GRIEVANCE SHE SAID SHE ASK THEM YET NO ONE RESPONDED. I TOLD SGT WOODS THAT THROUGH DILLIBERATE INDIFFERENCE HE WAS ENABLING THEFT. THIS OCCURED 5:25 PM 4/2/21 ON 4/2/21 SGT SMITH REFUSED TO SIGN MY GRIEVANCE AT PILL CALL BETWEEN 1:30-2:30 AM WHILE BEING ESCORTED TO SHOWERS SHACKELD I EXPLAINED TO L. WATSON THAT SOMEONE IS FORGING MY NAME AND STEALING MONEY FROM MY ACCOUNT THIS WAS 4/2/21 AT 11:30 AM - 12:20 PM HE ALSO REFUSE TO SIGN MY GRIEVANCE. TWO OTHER INMATES EXPERIANCED THE SAME TYPE OF THEFT AARON RUTHERFORD AND JEFFERY WILLIAMS WHO ALSO REPORTED IDENTITY THEFT WITH THE SAME BENIFICIARY GINA RIVERA. I ALSO WISH TO NAME OFFICERS NAME (I CAN'T READ) ON THE FORGED INMATE CHECK AS WELL AS OFFICERS NAME ON TASK # 18475569 WHICH SHOULD BE ON FILE. SGTS ARE ALL ALLOWED TO AUTHORIZE MONEY TO BE STOLEN FROM MY ACCOUNT AND PREVENTING ME FROM STOPPING IT THROUGH DILLIBERATE INDIFFRENCE AND CALLOUS DISREGAURD. WHAT I CAN PLAINLY SEE AS RACIAL TARGETING RETALIATION AND DISCRIMINATION AS ALL VICTIMS ARE WHITE, AND ALL OFFICERS ARE BLACK

12.) LASTLY IS MY LATEST STATEMENT OF FACTS FOR WHICH I AM NOW IN PUNITIVE ISOLATION FROM OCT. 13, 2021 TO TODAY DECEMBER 26. 2021 MY PUNITIVE TIME WAS COMPLETED ON DEC 12, 2021 I WOULD ALSO CALL ATTENTION TO FACTS THAT OFFICER LT. PADILLA LIED ON DISCIPLINARY REPORT AND DID NOT SIGN THIS DISCIPLINARY

HE CLAIMED I WAS INTOXICATED YET REFUSED TO ADMINISTER A DRUG TEST. I REFUSED DISCIPLINARY COURT DUE TO INMATES BEING BEATEN IN SHACKLES AND PREVIOUS ENCOUNTERS CAGES THEFT RACIAL SLURS "CRACKER", "BITCH ASS WHITEBOY" DAILY RETORIC BLATANT DISREGAURD FOR DUE PROCESS "INMATE REQUEST" FORMS, GRIEVANCES LEAVING US POWERLESS. HOWEVER I APPEALED MY SINCERE HOPE IS THAT HE WILL ADMIT HE LIED THIS IS A STATEMENT OF FACT THAT I AM DENIED DUE PROCESS FOR THESE EXTRA DAYS OF PUNITIVE ISOLATION I HAVE NOT BEEN PROVIDED EXCERCISE ONE TIME IN CLEAR VIOLATION OF POLICY AND OR BASIC HUMAN RIGHTS I ALSO CONSIDERED THIS RETALIATION FOR A LETTER I WROTE TO INTERNAL AFFAIRS DURING THE CONTINUED DENIAL OF GRIEVANCE PROCESS AND MISTREATMENT I NEVER RECIEVED A RESPONSE FROM ANYONE GREAT LENGTHS HAVE BEEN GONE TO; TO PREVENT THE GRIEVANCE PROCESS FROM BEING COMPLETED I'VE JUST RECENTLY BEGAN TO DOCUMENT AND LOG THE BEHAVIOR OF OFFICERS TO SUPPORT MY CLAIMS AS I'VE JUST RECENTLY MADE THE DECISION TO RISK MY SAFETY FROM RETALIATION YOU WILL UNDERSTAND AS I EXPLAIN THE TACTICS BEING USED TO DETER AND PREVENT ACCESS TO COURTS THROUGH PROPER DUE PROCESS THIS IN TURN PREVENTS ALL ABUSES AN CONSTITUTIONAL VIOLATIONS FROM BEING REPORTED OR MEETING (PLRA) EXAUSTION REQUIREMENTS OFFICERS AS WELL AS GRIEVANCE OFFICER ARE AWARE OF THESE REQUIREMENTS AND I HAVE NOT ONCE HAD A FORMAL RESPONSE TO A SINGLE GRIEVANCE THAT I'VE SUBMITTED

7

NOT ONE FROM OCT 13 2021 I WAS PLACED IN A CELL IN ISOLATION 3-75 WITH ANOTHER INMATE BY THE NAME OF CHRISTIAN EVANS # 174095. I CONSIDER HIM MY PRIME WITNESS FOR THE FOLLOWING DENIAL OF DUE PROCESS AND HOMOSEXUAL HARRASSMENT INTIMIDATION WHICH IS REALLY DAILY PRISON LIFE YET I WILL PRESENT IT FOR YOU NOW THAT I AM KEEPING TRACK SO YOU CAN UNDERSTAND THE BACK DROP COUPLED WITH SYSTEMIC RACISM AGAINST WHITE PEOPLE AT 1:18 AM I REQUESTED LT. GOLATT SIGN MY LEVEL 2 GRIEVANCE THIS WAS DENIED L. WATSON ON MON NOV 1ST 2021 SAYS "HES A PUNK" WHICH IS A DEROGATORY TERM FOR A HOMOSEXUAL WE WERE ALSO DENIED ALL OUR PROPERTY BY THIS SAME L. WATSON I BELIEVE THIS EFFECTED ME GETTING MY §2254 WRIT OF HABEAS CORPUS WE DIDN'T RECIEVE OUR LEGAL SUPPLIES UNTIL NOV 12 2021 SAT. THE 13TH OF NOV. NO ONE WOULD SIGN MY GRIEVANCES ON 12-8-21 SGT WILBURN REFUSE TO SIGN MY GRIEVANCES AT 7:28 ON 12/9/21 I SUBMIT A REQUEST TO STAFF CONCERNING THE STOLEN CHECK AND INMATES SAY "HE TOLD ON GINA" THE ONLY WAY THIS IS POSSIBLE IS IF CONTENT OF MY "REQUEST" ARE BEING LEAKED TO INMATES. ON 12/9/21 SGT. WILL DELIVER MAIL AND REFUSES TO SIGN GRIEVANCES AT 2:01 AM A FEMALE OFFICER COMES TO MY DOOR AND SAYS "YOUR A SNITCH" AT 7:41 AM A FEMALE OFFICER SAYS "BLACK POWER". I ALSO HAD WRITTEN MY ATTORNEY IN MY CRIMINAL CASE FOR MY CASES FILE AS IM ATTEMPTING TO PROVE MY INEFFECTIVE ASSISTANCE OF COUNCIL TO WHICH I RECIEVED (2) CD'S ON TUESDAY DEC 7 2021 AT 10:30 AM I AM TAKEN OUT TO VIEW THESE DISC THAT CONTAIN MY CONFIDENTIAL MATERIAL YET

MY CONFIDENTIALITY WAS COMPRAMISED AS I'M UNABLE TO VIEW THESE CONTENTS WITHOUT CPT ETHERLY AND LAW LIBRARY MRS ALLISON OF COURSE DURING MY INTERVIEW (VIDEO FORMAT) I AGREE TO WORK WITH BENTON COUNTY SHERIFFS HOWEVER BEFORE THIS CAN BE VIEWED I ASK THE CAPTAIN TO TURN OFF THE INTERROGATION VIDEO AS I WAS THERE AND REMEMBER WHAT I SAID HOWEVER ON 12/12/21 AN OFFICER SAYS AT MY DOOR "I HEARD YOUR AN INFORMANT" I DID NOT SEE THE TIME BUT THE NEXT DAY AT SHOWERS (I'M ESCORTED IN SHACKLES JIMMY SAYS "WHOS THAT?" CARLYLE SAYS "75" JIMMYS RESPONSE "THAT PUNK TOLD" THE NEXT DAY SGT WILBURN REFUSES TO SIGN GRIEVANCES AT BREAKFAST PASSOUT EVERY MORNING I ASK TO USE THE PHONE AND TO BE PUT ON LIST 12-15-21, 12-16-21 I ASK TO GET MY GRIEVANCE SIGNED AT LUNCH CHOW ON 12-17-21 JIMMY SAYS "HOW ABOUT I SPIT IN IT" REFERING TO FOOD I'VE ALSO HEARD HIM SAY "FUCK YOU CRACKER ASS CRACKER!" SO I KNOW HE IS RACIST AT 2:53 AM HE IGNORED MY MAIL PICKUP ON 12-18-21 AT 2:02 AM SGT WILBURN REFUSES TO SIGN MY GRIEVANCE THE PHONE IS ON WHEELS AND IS PASSED BACK AND FORTH BETWEEN BLACK INMATES FEMALE OFFICER SAYS "WHAT YOU WANT TO USE THE BLACK PHONE CRACKER 12-19-21 I GO TO SHOWER AND ASK FOR GRIEVANCES GRIEVANCES WERE UNAVAILABLE UNTIL TODAY 12-26-21 I ALSO BELIEVE MY INTERVIEW ARE BEING VIEWED AS I AM BEING REFERED TO AS AN "INFORMANT" I CONSIDER THIS A BREACH OF CONFIDENTIALITY LEGAL MAIL PRIVELEDGE MAIL J. SAYTON MAY BE PARTIALLY. I SWEAR THIS IS TRUE TO THE BEST OF MY ABILITIES RACIST OFFICERS AND INMATES

WHO ARE ALL AFRICAN AMERICAN USE A COLLABORATIVE SYSTEM TO HARASS DISCRIMINATE HARM AND STEAL FROM WHITE OR NON BLACK PEOPLE AND RETALIATE FOR USING GRIEVANCE PROCESS AND REQUEST FORMS BY DIVULGING CONTENTS AND INTENTIALY SABOTAGING THE PROCESS TO PREVENT THE EXHAUSTION REQUIREMENT THIS IS WIDESCALE WITH MULTIPLE ACTORS CONTRIBUTING TO THIS CONSPIRACY I PRAY THIS REACHES YOU

MICHAEL PARKINS #168018
E.A.R.U.
P.O. BOX 970
MARIANNA ARKANSAS
72360

*Michael Parkins*
9-26-22
3-7-23

10

MICHAEL PARKINS #168018
E.A.R.U.
P.O. BOX 970
MARIANNA, ARKANSAS
72360

03/08/2023
US POST

UNITED STATES DISTRICT
CLERKS OFFICE
RICHARD SHEPPARD ARNOLD UNI
STATES COURTHOUSE
600 W. CAPITOL AVENU
SUITE A-149
LITTLE ROCK ARKANSAS