IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**MICHAEL JUSTIN PARKINS**                                                              **PLAINTIFF**
*ADC #168018*

v.                              **CASE NO. 2:23-CV-00056-BSM-JTR**

**ASA HUTCHINSON,** *et al.*                                                              **DEFENDANTS**

### ORDER

After careful review of the record, Magistrate Judge J. Thomas Ray's partial recommended disposition [Doc. No. 8] is adopted and Michael Parkins's (1) official capacity claims against Roosevelt G. Barden and JJ Sykes, (2) June 2020 access-to-courts claims, and (3) supervisor liability claim related to the June 2020 incident, as well as all other claims not reasonably related to the June 2020 incident, are dismissed without prejudice. Parkins may refile these claims in a separate lawsuit. Additionally, Parkins's motion for the appointment of counsel and for a temporary restraining order [Doc. No. 7] is denied.

Parkins may proceed with his conditions-of-confinement claims against Barden and Sykes, in their individual capacities, for conduct that occurred in June 2020.

The clerk is directed to terminate all parties other than Barden and Sykes.

IT IS SO ORDERED this 1st day of November, 2023.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE