# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**MICHAEL JUSTIN PARKINS**  **PLAINTIFF**
*ADC #168018*

v.      **CASE NO. 2:23-CV-00056-BSM-BBM**

**ROOSEVELT G. BARDEN,** *et al.*      **DEFENDANTS**

## ORDER

After careful review of the record, United States Magistrate Judge Benecia B. Moore's partial recommended disposition [Doc. No. 31] is adopted, and Roosevelt G. Barden's motion to dismiss [Doc. No. 15] is denied.

IT IS SO ORDERED this 10th day of May, 2024.

_____
UNITED STATES DISTRICT JUDGE