# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**MICHAEL JUSTIN PARKINS**  **PLAINTIFF**
*ADC #168018*

v.   **CASE NO. 2:23-CV-00056-BSM**

**ROOSEVELT G. BARDEN,** *et al.*  **DEFENDANTS**

## ORDER

After careful review of the record, United States Magistrate Judge Benecia B. Moore's partial recommended disposition [Doc. No. 43] is adopted, and Michael Parkins's motion for a preliminary injunction [Doc. No. 35] is denied.

IT IS SO ORDERED this 2nd day of August, 2024.

_____
UNITED STATES DISTRICT JUDGE