IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**MICHAEL JUSTIN PARKINS**  PLAINTIFF
*ADC #168018*

v.  CASE NO. 2:23-CV-00056-BSM-BBM

**ROOSEVELT G. BARDEN,** *et al.*  DEFENDANTS

## ORDER

After careful review of the record, United States Magistrate Judge Benecia B. Moore's partial recommended disposition [Doc. No. 52] is adopted, and Michael Parkins's claims against defendant J.J. Sykes are dismissed without prejudice due to a lack of service. It is certified, pursuant to 28 United States Code section 1915(a)(3), that an *in forma pauperis* appeal from this order would not be taken in good faith.

IT IS SO ORDERED this 23rd day of September, 2024.

_____
UNITED STATES DISTRICT JUDGE