# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**MICHAEL JUSTIN PARKINS**  **PLAINTIFF**
*ADC #168018*

v.                    **CASE NO. 2:23-CV-00056-BSM**

**ROOSEVELT G. BARDEN**
*Captain, EARU, ADC*                                **DEFENDANT**

## ORDER

After careful review of the record, United States Magistrate Judge Benecia B. Moore's recommended disposition [Doc. No. 61] is adopted, and Michael Parkins's conditions-of-confinement claim against Roosevelt Barden in his individual capacity is dismissed without prejudice for failure to exhaust administrative remedies.

IT IS SO ORDERED this 12th day of May, 2025.

_____
UNITED STATES DISTRICT JUDGE