# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**MICHAEL JUSTIN PARKINS**                                                         **PLAINTIFF**
*ADC #168018*

v.                          **CASE NO. 2:23-CV-00056-BSM**

**ROOSEVELT G. BARDEN**
*Captain, EARU, ADC*                                                                **DEFENDANT**

## JUDGMENT

Consistent with the orders entered on November 1, 2023 [Doc. No. 9], September 23, 2024 [Doc. No. 54], and today, this case is dismissed without prejudice.

IT IS SO ORDERED this 12th day of May, 2025.

_____
UNITED STATES DISTRICT JUDGE